## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZAFAR H. KHAN              )

                    )

           **Plaintiff**      )   **Civ. No. 05-1831 (TFH)**

      **v.**                 )

                    )

                    )

ERIC HOLDER,           )

as United States Attorney General,    )

                    )

          **Defendant.**      )

## ORDER

In accordance with the Court's rulings in its Memorandum Opinion, it is hereby this 31st

day of March, 2014

**ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 24] is

**GRANTED.**

Accordingly, the case is now **DISMISSED.**

**SO ORDERED**

March 31, 2014                           _____

                                  Thomas F. Hogan

                            UNITED STATES DISTRICT JUDGE